UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DRITAN DUKA, | : | |
| Petitioner, | : | Civ. No. 13-3664 (RBK) |
| v. | : | |
| UNITED STATES, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

| | | |
|---|---|---|
| SHAIN DUKA, | : | |
| Petitioner, | : | Civ. No. 13-3665 (RBK) |
| v. | : | |
| UNITED STATES, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

| | | |
|---|---|---|
| ELJVIR DUKA, | : | |
| Petitioner, | : | Civ. No. 13-3666 (RBK) |
| v. | : | |
| UNITED STATES, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

This Court previously set November 4, 2015 as the date for the evidentiary hearings on Claim I of petitioners' motions to vacate, set aside or correct their sentence pursuant to 28 U.S.C. § 2255. On October 14, 2015, this Court received a joint letter from petitioners' counsel seeking a continuance of the evidentiary hearings. Good cause being shown, the Court will grant a

continuance of the evidentiary hearings in these cases until January 6, 2016. The Court requests that the attorneys for the government make the necessary arrangements for petitioners' presence and for any witnesses required for the hearings. Counsel have the option of presenting any witness testimony by live video through services such as Skype. Counsel shall advise the Court if that option is chosen so that the Court can set it up.

Accordingly, IT IS this 14th day of October, 2015,

ORDERED that petitioners' request for a continuance of their evidentiary hearings (Dkt. No. 44) is granted; and it is further

ORDERED that pursuant to the Court's Opinion and Order entered September 30, 2015, the evidentiary hearings in these matters are now scheduled as follows: (1) Dritan Duka (13-3664), Wednesday, January 6, 2016, at 9:30 a.m.; (2) Shain Duka (13-3665), Wednesday, January 6, 2016, at 10:30 a.m.; and (3) Eljvir Duka (13-3666), Wednesday, January 6, 2016, at 11:30 a.m.

ROBERT B. KUGLER
United States District Judge