UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 31, 2019
BCO-102

_____

Nos. 16-2977 & 16-2978
_____

In re: SHAIN DUKA,
    Petitioner in No. 16-2977

In re: DRITAN DUKA,
    Petitioner in No. 16-2978

_____

Nos. 16-4438 & 16-4439
_____

DRITAN DUKA,
    Appellant in No. 16-4438

v.

UNITED STATES OF AMERICA

(D. N.J. No. 1-13-cv-03664)

SHAIN DUKA,
    Appellant in No. 16-4439

v.

UNITED STATES OF AMERICA

(D. N.J. No. 1-13-cv-03665)

Nos. 16-2977, 16-2978, 16-4438, & 16-4439
BCO-102
Page 2, Cont'd
_____

Present: AMBRO, KRAUSE and PORTER, <u>Circuit Judges</u>

    Joint Motion by the Parties for Full Remand of Appeal Nos. 16-4438 and 16-4439 and for Dismissal of Nos. 16-2977 and 16-2978 as moot.

                                        Respectfully,
                                        Clerk/dwb

_____ORDER_____

    The foregoing Joint Motion by the Parties for Full Remand of Appeal Nos. 16-4438 and 16-4439 and for Dismissal of Nos. 16-2977 and 16-2978 as moot is granted. This Court will not retain jurisdiction.

                                        By the Court,

                                        s/ David J. Porter
                                        Circuit Judge

Dated: August 13, 2019
cc:
    Robert J. Boyle, Esq.
    Mark E. Coyne, Esq.
    Chad L. Edgar, Esq.
    Norman Gross, Esq.

Certified as a true copy and issued in lieu of a formal mandate on 10/04/2019

Teste: *[signature]*
**Clerk, U.S. Court of Appeals for the Third Circuit**