UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DRITAN DUKA, | : | |
| | : | |
| Petitioner, | : | Civ. No. 13-3664 (RBK) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | **ORDER** |
| | : | |
| Respondent. | : | |
| | : | |

Petitioner is proceeding with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The United States Court of Appeals for the Third Circuit has remanded this matter back to this Court for consideration of petitioner's filing dated June 27, 2016. (*See* ECF No. 60).

Accordingly, IT IS this 7th day of October, 2019,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that respondent shall file a full and complete answer to petitioner's motion to vacate (ECF No. 60) within forty-five (45) days of the entry of this Order; and it is further

ORDERED that respondent shall raise by way of its answer any appropriate defenses that it wishes to have the Court consider, including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

ORDERED that the answer shall be accompanied by certified copies of all notices, opinions, documents, transcripts or recordings of any proceedings, including all documentation that may be material to the questions raised in the motion, however, in lieu of providing certified copies, the government may cite to the criminal docket by referencing the ECF docket entry number and the page; and it is further

ORDERED that petitioner may file and serve a reply in support of his motion within thirty (30) days after the answer is filed.

s/Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge