UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DRITAN DUKA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civ. No. 13-3664 (RBK)

**MEMORANDUM AND ORDER**

Presently pending before this Court is a motion to withdraw counsel (ECF 85) filed by petitioner Dritan Duka. On December 19, 2019, new counsel, Stephen Downs, entered a notice of appearance to represent petitioner. (*See* ECF 90). Accordingly, petitioner's motion to withdraw Chad Edgar as counsel will be granted.

Petitioner's new counsel has filed a request for an extension of time until the end of January to file a supplemental memorandum. (*See* ECF 91). Petitioner's notes that the government does not contest the extension request. (*See* ECF 92). Good cause being shown, the extension request will be granted. In petitioner's supplemental memorandum, new counsel shall also specifically address whether he continues to seek to proceed with his motion to amend that was filed *pro se*. (*See* ECF 86).

Accordingly, IT IS this  20th  day of December, 2019,

ORDERED that petitioner's motion to withdraw Chad Edgar as his counsel (ECF 85) is granted; and it is further

ORDERED that petitioner's request for an extension of time to file a supplemental memorandum (ECF 91 & 92) is granted; petitioner shall file his supplemental memorandum on or before January 31, 2020; petitioner's supplemental memorandum shall expressly address

whether petitioner continues to seek to proceed with his motion to amend (*see* ECF 86); and it is further

ORDERED that respondent shall file a response to petitioner's supplemental memorandum on or before March 31, 2020; and it is further

ORDERED that petitioner may file a reply on or before April 30, 2020.

    _s/Robert B. Kugler_
ROBERT B. KUGLER
United States District Judge