UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____

**DRITAN DUKA,**

                                                       **NOTICE OF APPEAL**

              v.                               **Civ. No. 13-3664 (RBK)**

**UNITED STATES OF AMERICA,**

       Defendant.
_____

       PLEASE TAKE NOTICE, that Dritan Duka hereby appeals to the United States Court of Appeals for the Third Circuit, from the August 6, 2020 Opinion denying Mr. Duka's 2255 Petition, but which granted a Certificate of Appealability on the question of whether the 924(c) conviction should be vacated. Petitioner appeals from each and every part of said Opinion.

       Dated: September 2, 2020.

                                                    *Stephen F. Downs*
                                                    Stephen F. Downs
                                                    *Attorney for Petitioner Dritan Duka*
                                                    NY Bar Roll No. 1543479
                                                    26 Dinmore Road
                                                    Selkirk, NY 12158
                                                    (518) 767-0102
                                                    Swdowns68@aol.com